

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00522-CV

Dionisio G. **TORRES** d/b/a Torres Design & Construction, Torres Design & Construction, Inc.,
and Torres Construction,
Appellant

v.

Leticia **HAYNES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVF001094-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED for further proceedings not inconsistent with this opinion.

It is ORDERED that the parties bear their own costs of this appeal.

SIGNED February 19, 2014.

_____
Luz Elena D. Chapa, Justice